1 DAVID L. ANDERSON, CSBN 149604
United States Attorney
2 DEBORAH L. STACHEL, CSBN 230138
Regional Chief Counsel
3 MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
4     Social Security Administration
    160 Spear Street, Suite 800
5     San Francisco, CA 94105
    Telephone: (415) 977-8928
6     Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC A. CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 3:19-cv-02938-WHO<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

    The parties, through counsel, HEREBY STIPULATE that the above entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will direct the Administrative Law Judge to: (1) re-evaluate the medical evidence, including the medical-source opinion evidence relating to Plaintiff's functional capabilities and re-evaluate his maximum residual functional capacity; (2) re-evaluate his symptoms testimony as necessary; and (3) if it is determined Plaintiff cannot return to his former work, determine what occupations Plaintiff might be able to perform, pursuant to the relevant regulations with the help of a vocational expert if necessary, and take further action as appropriate to issue a new decision.

Defendant will lodge a proposed Judgment of Remand concurrent with the lodging of this stipulation.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

Dated: April 20, 2020        By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant


SACKETT & ASSOCIATES

Dated: April 20, 2020        By: */s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorney for Plaintiff
(as approved by email)


PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: April 21, 2020        _____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

2